1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| GLORIA FELIZ-MARIE LIMON, | **Case No. CV 15-7784 RSWL (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| D.K. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


DATED:     1/5/2017          s/ RONALD S.W. LEW
                             RONALD S.W.  LEW
                             UNITED STATES DISTRICT JUDGE